EDWARD H. SWAN, JR., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Swan* v. *Long Island R. R. Co.*, 86 Hun, 265, affirmed.
(Argued March 18, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered May 16, 1895, modifying and affirming, as modified, a judgment in favor of plaintiff entered upon a verdict, and affirming an order denying a motion for a new trial.

*Wm. C. Beecher* for appellant.

*Wilhelmus Mynderse* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not voting.

---

GEORGE H. NEWCOMB et al., Appellants, *v.* AUGUSTA C. LUSH et al., Respondents.

*Newcomb* v. *Lush*, 84 Hun, 254, affirmed.
(Argued March 18, 1898; decided April 19, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the third judicial department, entered February 14, 1895, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Circuit, a jury having been waived, and granting a new trial.

*Theodore F. Hamilton* for appellants.

*E. Countryman* and *Learned Hand* for respondents.

Order affirmed and judgment absolute ordered for defendants on stipulation, with costs, on opinion below.
All concur.